CHARLES JENKINS v. WILLIAM H. FAUVER.

October 6, 1986.

Cross-petition for certification granted.

STATE OF NEW JERSEY v. WILLIAM NILS LINDE.

October 6, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM GREEN.

October 6, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD FIORELE.

October 6, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ALFRED LEE WRIGHT.

October 6, 1986.

Petition for certification denied.